UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

BRIDGETTE SHARELL JACKSON,

                  Plaintiff,

      v.

AUSTIN CAPITAL BANK SSB, CAPITAL ONE, N.A., DISCOVER BANK, PENTAGON FEDERAL CREDIT UNION, WEBBANK, EQUIFAX INFORMATION SERVICES L.L.C., EXPERIAN INFORMATION SOLUTIONS, INC., and TRANSUNION INTERACTIVE, INC.,

                  Defendants.

Case 1:25-cv-00868-KAM-JRC

---

## DEFENDANT AUSTIN CAPITAL BANK, SSB'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant, Austin Capital Bank, SSB ("**Defendant**" or "**ACB**"), by its attorneys Yankwitt LLP, hereby answers the Complaint of Plaintiff, Bridgette Sharell Jackson ("**Plaintiff**") as follows:

### INTRODUCTION

1.      Paragraph 1 states a legal conclusion to which no response is required. To the extent a response is required, ACB denies the allegations insofar as Paragraph 1 differs from the provisions of the Fair Credit Reporting Act ("FRCA").

2.      ACB denies the allegations in Paragraph 2 as to ACB. ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 2 as to other parties.

1

3.      ACB denies the allegations pertaining to it as alleged in Paragraph 3.  ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 3 as to other parties.

## JURISDICTION

4.      Paragraph 4 states a legal conclusion to which no response is required.  To the extent a response is required, ACB denies the allegations insofar as Paragraph 4 differs from the provisions of FCRA.

5.      ACB denies that this FCRA case cannot be filed in federal court as alleged in Paragraph 5, and further denies that Plaintiff suffered damages as alleged in Paragraph 5.

6.      Paragraph 6 states a legal conclusion to which no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 6

## PARTIES

7.      ACB admits the allegations in Paragraph 7.

8.      ACB denies that it is a corporation as alleged in Paragraph 8, and further denies the allegations in Paragraph 8 insofar as they differ from the provisions of FCRA.

9.      ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 9.  Therefore, the allegations are denied.

10.      ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 10.  Therefore, the allegations are denied.

11.      ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 11.  Therefore, the allegations are denied.

12.      ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 12.  Therefore, the allegations are denied.

2

13.    ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 13.  Therefore, the allegations are denied.

14.    ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 14.  Therefore, the allegations are denied.

15.    ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 15.  Therefore, the allegations are denied.

## FACTUAL ALLEGATIONS

16.    Paragraph 16 states a legal conclusion to which no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 16.

17.    Paragraph 17 states a legal conclusion to which no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 17

18.    ACB denies the allegations in Paragraph 18.

19.    ACB denies the allegations in Paragraph 19.

20.    ACB denies the allegations in Paragraph 20.

21.    ACB admits the allegations in Paragraph 21.

22.    ACB denies the allegations in Paragraph 22.

23.    ACB denies the allegations in Paragraph 23.

24.    ACB denies that its reporting was inaccurate as alleged in Paragraph 24.  ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 24 with respect to the actions taken by Equifax.  Therefore, the allegations are denied.

25.    ACB denies that its reporting was inaccurate as alleged in Paragraph 25.  ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 25 with respect to the actions taken by Equifax.  Therefore, the allegations are denied.

3

26.     ACB denies the allegations in Paragraph 26.

27.     ACB admits it received Automated Consumer Dispute Verification.  ACB denies it received a dispute letter as alleged in Paragraph 27.

28.     ACB denies the allegations in Paragraph 28.

29.     ACB denies the allegations in Paragraph 29.

30.     ACB denies the allegations in Paragraph 30.

31.     Paragraph 31 states a legal conclusion to which no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 31 as to it.  ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 31 with respect to the actions taken by Equifax.  Therefore, the allegations are denied.

32.     Paragraph 32 states a legal conclusion to which no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 32

33.     Paragraph 33 states a legal conclusion to which no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 33

34.     ACB denies the allegations in Paragraph 34.

35.     ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 35.  Therefore, the allegations are denied.

36.     ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 36.  Therefore, the allegations are denied.

37.     ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 37.  Therefore, the allegations are denied.

38.     ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 38.  Therefore, the allegations are denied.

39. ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 39. Therefore, the allegations are denied.

40. ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 40. Therefore, the allegations are denied.

41. ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 41. Therefore, the allegations are denied.

42. ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 42. Therefore, the allegations are denied.

43. ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 43. Therefore, the allegations are denied.

44. ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 44. Therefore, the allegations are denied.

45. ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 45. Therefore, the allegations are denied.

46. Paragraph 46 states a legal conclusion to which no response is required. To the extent a response is required, ACB denies the allegations in Paragraph 46 as to it. ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 46 with respect to the actions taken by Equifax. Therefore, the allegations are denied.

47. ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 47. Therefore, the allegations are denied.

48. ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 48. Therefore, the allegations are denied.

49.     ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 49. Therefore, the allegations are denied.

50.     ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 50. Therefore, the allegations are denied.

51.     ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 51. Therefore, the allegations are denied.

52.     ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 52. Therefore, the allegations are denied.

53.     ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 53. Therefore, the allegations are denied.

54.     ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 54. Therefore, the allegations are denied.

55.     ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 55. Therefore, the allegations are denied.

56.     ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 56. Therefore, the allegations are denied.

57.     Paragraph 57 states a legal conclusion to which no response is required. To the extent a response is required, ACB denies the allegations in Paragraph 57 as to it. ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 57 with respect to the actions taken by Equifax. Therefore, the allegations are denied.

58.     ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 58. Therefore, the allegations are denied.

59.     ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 59.  Therefore, the allegations are denied.

60.     ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 60.  Therefore, the allegations are denied.

61.     ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 61.  Therefore, the allegations are denied.

62.     ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 62.  Therefore, the allegations are denied.

63.     ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 63.  Therefore, the allegations are denied.

64.     ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 64.  Therefore, the allegations are denied.

65.     ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 65.  Therefore, the allegations are denied.

66.     ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 66.  Therefore, the allegations are denied.

67.     ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 67.  Therefore, the allegations are denied.

68.     Paragraph 68 states a legal conclusion to which no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 68 as to it.  ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 68 with respect to the actions taken by Equifax.  Therefore, the allegations are denied.

7

69.    Paragraph 69 states a legal conclusion to which no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 69

70.    Paragraph 70 states a legal conclusion to which no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 70

71.    ACB denies the allegations in Paragraph 71.

72.    ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 72.  Therefore, the allegations are denied.

73.    ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 73.  Therefore, the allegations are denied.

74.    ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 74.  Therefore, the allegations are denied.

75.    ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 75.  Therefore, the allegations are denied.

76.    ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 76.  Therefore, the allegations are denied.

77.    ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 77.  Therefore, the allegations are denied.

78.    ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 78.  Therefore, the allegations are denied.

79.    ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 79.  Therefore, the allegations are denied.

80.    ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 80.  Therefore, the allegations are denied.

81.     ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 81.  Therefore, the allegations are denied.

82.     Paragraph 82 states a legal conclusion to which no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 82.  ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 82 with respect to the actions taken by Equifax.  Therefore, the allegations are denied.

83.     ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 83.   Therefore, the allegations are denied.

84.     ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 84. Therefore, the allegations are denied.

85.     ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 85.  Therefore, the allegations are denied.

86.     ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 86.  Therefore, the allegations are denied.

87.     ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 87.  Therefore, the allegations are denied.

88.     ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 88.   Therefore, the allegations are denied.

89.     ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 89.  Therefore, the allegations are denied.

90.     ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 90. Therefore, the allegations are denied.

91.     ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 91.  Therefore, the allegations are denied.

92.     Paragraph 92 states a legal conclusion to which no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 92

93.     ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 93.  Therefore, the allegations are denied.

94.     ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 94.  Therefore, the allegations are denied.

95.     ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 95.  Therefore, the allegations are denied.

96.     ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 96.  Therefore, the allegations are denied.

97.     Paragraph 97 states a legal conclusion to which no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 97 as to it.  ACB lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 97 with respect to the actions taken by Trans Union.  Therefore, the allegations are denied.

**AS AND FOR AN ANSWER TO COUNT ONE**

98.     Paragraph 98 states a legal conclusion to which no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 98

99.     ACB denies the allegations in Paragraph 99.

## AS AND FOR ANSWER TO COUNT TWO

100.    Paragraph 100 states a legal conclusion to which no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 100

101.    ACB denies the allegations in Paragraph 101.

## AS AND FOR AN ANSWER TO COUNT THREE

102.    Paragraph 102 is directed to other parties and so no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 102.

103.    Paragraph 103 is directed to other parties and so no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 103.

## AS AND FOR AN ANSWER TO COUNT FOUR

104.    Paragraph 104 is directed to other parties and so no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 104.

105.    Paragraph 105 is directed to other parties and so no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 105.

## AS AND FOR AN ANSWER TO COUNT FIVE

106.    Paragraph 106 is directed to other parties and so no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 106.

107.    Paragraph 107 is directed to other parties and so no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 107.

## AS AND FOR ANSWER TO COUNT SIX

108.    Paragraph 108 is directed to other parties and so no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 108.

109.    Paragraph 109 is directed to other parties and so no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 109.

### AS AND FOR ANSWER TO COUNT SEVEN

110.    Paragraph 110 is directed to other parties and so no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 110.

111.    Paragraph 111 is directed to other parties and so no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 111.

### AS AND FOR AN ANSWER TO COUNT EIGHT

112.    Paragraph 112 is directed to other parties and so no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 112.

113.    Paragraph 113 is directed to other parties and so no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 113.

### AS AND FOR AN ANSWER TO COUNT NINE

114.    Paragraph 114 is directed to other parties and so no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 114.

115.    Paragraph 115 is directed to other parties and so no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 115.

### AS AND FOR AN ANSWER TO COUNT TEN

116.    Paragraph 116 is directed to other parties and so no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 116.

117.    Paragraph 117 is directed to other parties and so no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 117.

12

**AS AND FOR AN ANSWER TO COUNT ELEVEN**

118.    Paragraph 118 is directed to other parties and so no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 118.

119.    Paragraph 119 is directed to other parties and so no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 119.

**AS AND FOR AN ANSWER TO COUNT ELEVEN**

120.    Paragraph 120 is directed to other parties and so no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 120.

121.    Paragraph 121 is directed to other parties and so no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 121.

**AS AND FOR AN ANSWER TO COUNT TWELVE**

122.    Paragraph 122 is directed to other parties and so no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 122.

123.    Paragraph 123 is directed to other parties and so no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 123.

**AS AND FOR AN ANSWER TO COUNT THIRTEEN**

124.    Paragraph 124 is directed to other parties and so no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 124.

125.    Paragraph 125 is directed to other parties and so no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 125.

**AS AND FOR AN ANSWER TO COUNT FOURTEEN**

126.    Paragraph 126 is directed to other parties and so no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 126.

127.    Paragraph 127 is directed to other parties and so no response is required.  To the extent a response is required, ACB denies the allegations in Paragraph 127.

## AFFIRMATIVE DEFENSES

1.    This matter is governed by an agreement containing a binding arbitration clause.

2.    ACB's investigation was reasonable as a matter of law.

3.    Plaintiff cannot make a threshold showing of inaccuracy.

4.    Plaintiff's damages, if any, were caused by Plaintiff's own action or inaction. Additionally or alternatively, Plaintiff's damages, if any, were caused by third parties over which ACB has no duty to control.

5.    Plaintiff failed to mitigate her damages, to the extent any exist.

6.    The imposition of exemplary damages against ACB in this case would constitute a violation of its due process rights of the Fourteenth Amendment of the United States Constitution and applicable state laws.

## PRAYER FOR RELIEF

WHEREFORE, Defendant ACB respectfully requests that this Court issue an order:

i)    denying all relief requested by Plaintiff;

ii)    entering judgment in ACB's favor as to Plaintiff's claims against ACB in this lawsuit; and

iii)    awarding ACB such other and further relief, at law or in equity, to which it may be justly entitled.

Dated:  February 21, 2025
       White Plains, New York

YANKWITT LLP

By: _____

Dina L. Hamerman
140 Grand Street, Suite 705
White Plains, NY 10601
(914) 686-1500
dina@yankwitt.com
*Attorneys for Defendant*
*Austin Capital Bank, SSB*

15